UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ORSON BENN,**

    **Petitioner,**

**v.**                                                   **Case no. 8:12-cv-831-T-23MAP**

**SECRETARY, DEPARTMENT OF CORRECTIONS,**

    **Respondent.**
_____/

### RESPONDENT'S MOTION FOR
### 15-DAY EXTENSION OF TIME

COMES NOW Respondent by and through the undersigned Assistant Attorney General, and requests this Honorable Court grant this motion for an extension of time of fifteen (15) days within which to serve the response.

1. Pursuant to this Honorable Court's order granting Respondent's second motion for extension of time of thirty (30) days, the response to the petition is presently due. Due to present caseload demands and backlog from absence for surgery with accordant physical therapy, conflicting deadlines in both State and Federal Courts, the undersigned has been unable to complete a thorough response to the claims raised by Petitioner and requires additional time to do so. Undersigned respectfully requests an additional fifteen (15) days to serve the response.

1

2.   Undersigned has contacted counsel for the petitioner, Mr. Henry E. Marines, Esq., and was advised Petitioner has no objection to the requested fifteen (15) day extension of time.

**WHEREFORE**, Respondent respectfully requests this Honorable Court grant the instant request for an extension of time to respond.

                                        Respectfully submitted,

                                        **PAMELA JO BONDI**
                                        **FLORIDA ATTORNEY GENERAL**

                                        s/ Diana K. Bock
                                        **Diana K. Bock**
                                        Assistant Attorney General
                                        Fla. Bar No. 0440711
                                        Concourse Center #4
                                        3507 Frontage Rd., Suite 200
                                        Tampa, Florida 33607
                                        Telephone:   813-287-7900
                                        Facsimile:   813-281-5500
                                        diana.bock@myfloridalegal.com
                                        **COUNSEL FOR RESPONDENT**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** on the 12th day of November 2012, I electronically filed the foregoing pleading with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following CM/ECF participant(s): Henry E. Marines, Esq., 8501 SW 124th Avenue, Suite 204-A, Miami, Florida 33183.

                                        s/ Diana K. Bock
                                        **COUNSEL FOR RESPONDENT**